FRANCES B. HOFFMAN, Appellant, v. THE BIOW Co., INC., Respondent.— Order granting defendant's motion for a separate and prior trial of the issue of

waiver unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ. [155 Misc. 729.]